IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW L. MOFFETT,

        Plaintiff,

    v.

CONTRA COSTA COUNTY SHERIFF'S
DEPUTY GONZALEZ, et al.,

        Defendants.

No. C 12-04359 YGR (PR)

**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SUR-REPLY; AND GRANTING HIS REQUEST FOR A COPY OF DEFENDANTS' REPLY TO HIS OPPOSITION TO THEIR DISPOSITIVE MOTION**

Before the Court are Plaintiff's request for leave to file a sur-reply[1] and request for a copy of Defendants' reply to his opposition to their dispositive motion.

In response to the Court's January 30, 2013 Order of Service, Defendants filed a dispositive motion. Plaintiff has opposed the motion, Defendants have filed a reply, and now Plaintiff requests leave to file a sur-reply. He is seeking permission from this Court to do so, as required by the Northern District of California's Local Rules. Specifically, Civil Local Rule 7-3 provides, in pertinent part, that "once a reply is filed, no additional memoranda, papers or letters may be filed without prior court approval." Civ. L. R. 7-3(d). In the present case, Plaintiff has previously been given an opportunity to file an opposition to Defendants' dispositive motion. He was also granted an extension of time to do so. As mentioned above, Plaintiff filed his opposition and Defendants filed their reply. Therefore, Defendants' disposition motion is now submitted and ready for the Court's review. Because the Court finds that Plaintiff has been given adequate opportunity to respond to Defendants' dispositive motion, his motion for leave to file a sur-reply (Docket No. 33) is DENIED.

---

[1] Plaintiff seeks an extension "to file [his] objections to [Defendants'] motion to dismiss." (Docket No. 33 at 1.) He has already filed his opposition to Defendants' dispositive motion, and Defendants have filed their reply. Therefore, the Court construes Plaintiff's request to be a motion for leave to file a sur-reply.

*United States District Court*
*For the Northern District of California*

1    Plaintiff's request for a copy of Defendants' reply (Docket No. 35) is GRANTED.  The Clerk

2  of the Court shall send Plaintiff a copy of the reply (Docket No. 29) along with his copy of this

3  Order.

4    This Order terminates Docket Nos. 33 and 35.

5    IT IS SO ORDERED.

6  DATED:  January 31, 2014    _____

7                         **YVONNE GONZÁLEZ ROGERS**
                          **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\PRO-SE\YGR\CR.12\Moffet4359.denySUR-REPLY.wpd                    2