UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANDREW L. MOFFETT,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY DEPUTY SHERIFFS GONZOLAS and COUNTY,<br><br>    Defendants. | No. C12-04359 YGR (PR)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME |

Defendants DEPUTY GONZALEZ and DEPUTY COUNTY, having made a motion pursuant to Northern District of California Civil Local Rule 6-3 for an extension of time to file a motion for summary judgment, and this Court having considered the papers filed with respect thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED because there is good cause for this extension of time. Defendants may file a motion for summary judgment on or before **July 23, 2014.** Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **sixty (60) days** after the date on which Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED: March 7, 2014

                                                                               Hon. Yvonne Gonzalez Rogers<br>
                                                                               United States District Judge