UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW L MOFFETT,

    Plaintiff,

  v.

CONTRA COSTA COUNTY DEPUTY SHERIFF, et al.,

    Defendants.

Case No. 12-cv-04359-YGR   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 6, 2015, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Andrew Moffett appearing Pro Se by video conference.

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    ( X ) Other: Christopher Witman, Contra Costa County Counsel by video conference.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled. A status conference is set for September 8, 2015 in this matter. Parties are instructed to dial 888-684-8852 and enter access code 1868782 to make their appearances. Defense Counsel shall assist in facilitating Plaintiff's telephonic appearance.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint

stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW L MOFFETT,

    Plaintiff,

  v.

CONTRA COSTA COUNTY DEPUTY SHERIFF, et al.,

    Defendants.

Case No. 12-cv-04359-YGR   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew L Moffett ID: CDC G34925
Salinas Valley State Prison
P O Box 1050
Soledad, CA 93960

Dated: August 17, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3